# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2968 | **DATE** | 5/23/2008 |
| **CASE TITLE** |  | Plastag Holdings, LLC vs. Houston Casualty Co. | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file within 10 days of the date of this order an amended complaint setting forth the citizenship of the members of plaintiff Plastag Holdings, LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998). If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|