# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2968 | **DATE** | 6/10/2008 |
| **CASE TITLE** | Plastag Holdings, LLC vs. Houston Casualty Co. | | |

**DOCKET ENTRY TEXT**

Plaintiff's amended complaint does not meet the requirements of the Court's 5/23/08 order, as it identifies only the residence of the members of the plaintiff LLC, not their citizenship. The two are not necessarily the same. *See, e.g., Steigleder v. McQuesten*, 198 U.S. 141, 143 (1905); *Nilssen v. Motorola, Inc.*, 255 F.3d 410, 412 (7th Cir. 2001). Unless plaintiff fully identifies its citizenship in a further amended complaint that must be filed no later than 6/17/08, the Court will dismiss the case.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|