IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PLASTAG HOLDINGS, LLC, a limited liability company, n/k/a PREMIER CARD SOLUTIONS, LLC, a limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>　　　　Defendant. | Civil Action No. 08-CV-2968<br><br>The Honorable Matthew F. Kennelly<br><br>Magistrate Judge Arlander Keys |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Houston Casualty Company respectfully submits that Houston Casualty Company is a wholly owned subsidiary of Illium, Inc. Illium, Inc. is a wholly owned subsidiary of HCC Insurance Holdings, Inc., a publicly held company.

Dated: July 21, 2008

Respectfully submitted,

/s/ B. Todd Vinson
Attorney for Defendant
HOUSTON CASUALTY COMPANY

B. Todd Vinson - ARDC No. 6276105
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, Illinois 60606-1698
(312) 569-1496 (Todd Vinson direct dial)
(312) 569-3496 (direct facsimile)
todd.vinson@dbr.com

CH01/ 28871.2