**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Plastag Holdings, LLC
                              Plaintiff,

v.                                                      Case No.: 1:08−cv−02968
                                                        Honorable Matthew F. Kennelly

Houston Casualty Company
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 7/22/2008 with attorneys for both sides. Rule 26(a)(1) disclosures are to be made by 8/20/2008. Telephone conference, to be initiated by the parties, is set for 8/27/2008, at 9:00 AM., for the purpose of discussing the possibility of settlement. Deadlines for amending pleadings and adding parties is 12/1/2008. Fact discovery ordered closed 1/30/2009. Rule 26(a)(2) disclosures are due by 3/2/2009 for plaintiff and 4/2/2009 for defendants. Expert discovery ordered closed 5/4/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.