IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLASTAG HOLDINGS, LLC, a limited liability Company, n/k/a PREMIER CARD SOLUTIONS, LLC, a limited liability company,<br><br>      Plaintiff,<br><br>      v.<br><br>HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>      Defendant. | No. No. 08-cv-2968<br><br>Judge Matthew F. Kennelly<br>Mag. Judge Arlander Keys |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 11th day of September, 2008 at 9:30 a.m., I shall appear before the Honorable Judge Matthew F. Kennelly, or any other judge sitting in his place and stead, in Room 2103 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Houston Casualty Company's Motion for Leave of Douglas M. Mangel to Appear Pro Hac Vice, a copy of which was previously served upon you.

Date: September 8, 2008

Respectfully submitted,

s/ B. Todd Vinson
B. Todd Vinson - ARDC No. 6276105
Attorney for Defendant HOUSTON
CASUALTY COMPANY
Drinker Biddle & Reath LLP
191 N. Wacker Drive
Suite 3700
Chicago, Illinois  60606-1698
Telephone: (312) 569-1000
Facsimile: (312) 569-3000
E-mail: todd.vinson@dbr.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Paul R. Walker-Bright, Esquire
>Evan Thomas Knott, Esquire
>James M. Davis, Esquire
>Reed Smith LLP
>10 South Wacker Drive
>40th Floor
>Chicago, IL 60606
>Phone: (312) 207-1000
>Email: pwalker-bright@reedsmith.com
>Email: eknott@reedsmith.com
>Email: jmdavis@reedsmith.com
>***Counsel for Plaintiff***

>B. Todd Vinson
>s/ B. Todd Vinson
>Attorney for Defendant HOUSTON CASUALTY COMPANY
>B. Todd Vinson - ARDC No. 6276105
>Drinker Biddle & Reath LLP
>191 N. Wacker Drive
>Suite 3700
>Chicago, Illinois  60606-1698
>Telephone: (312) 569-1000
>Facsimile: (312) 569-3000
>E-mail: todd.vinson@dbr.com